IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-23513

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

      Plaintiffs,

vs.

BEAR RIVER ASSOCIATES,
INCORPORATED,

      Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss, **with prejudice,** all claims against Defendant Bear River Associates, Incorporated, with each party to bear its own costs, expenses and attorneys' fees in connection with this action.

Dated:  December 27, 2011.

Respectfully submitted,

/s/ William R. McMahon
William R. McMahon, Esquire
Florida Bar Number: 39044
McMahon Law Firm, LLC
11435 West Palmetto Park Road
Suite E
Boca Raton, Florida 334828
Email: bill@mlfllc.com
Tel: 561-218-4300
Fax: 561-807-5900
**Counsel for Plaintiffs**